IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


GEORGE EDWARD ADAMS, III                                              PLAINTIFF

              v.              Civil No. 6:16-CV-06096-PKH-BAB

DR. LIGGETT                                                          DEFENDANT



## JUDGMENT

        Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

        IT IS SO ADJUDGED this 19th day of June, 2017.


                                                    /s/ P. K. Holmes, III
                                                    HON. P. K. HOLMES, III
                                                    CHIEF U.S. DISTRICT JUDGE